UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Erik MONDRAGON-Lara,<br><br>    Defendant. | Magistrate Docket No. '22 MJ03508<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant being, duly sworn, states:

On or about September 23, 2022, within the Southern District of California, defendant Erik MONDRAGON-Lara, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Francisco ESPINOZA Garcia, Rey David URIOSTE Atanacio and Juan Carlos URIOSTE-Mendiola, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON SEPTEMBER 26, 2022.

HON. ANDREW G. SCHOPLER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 **Erik MONDRAGON-Lara**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Francisco ESPINOZA Garcia, Rey David URIOSTE Atanacio and Juan Carlos URIOSTE-Mendiola, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 23, 2022, Border Patrol Agent R. Rebortura and C. Washington were performing assigned duties in the Chula Vista Border Patrol station's area of responsibility. At approximately 4:20 AM, Department of Defense Personnel, operating a Remote Video Surveillance System (RVSS), advised via agency radio that he observed three individuals get into a sedan near the 6.5 Mile Marker on Otay Lakes Road go westbound. Agent Rebortura responded and observed a single white Acura ILX driving westbound on Otay Lakes Road and Rutgers Avenue. Agent Rebortura activated his lights and sirens and attempted to conduct a vehicle stop on the Acura at the intersection of Otay Lakes Road and La Media Road. The vehicle yielded approximately 200 yards west of the intersection of Otay Lakes Road and La Media Road. This area is approximately six miles north of the United States/Mexico International Boundary and approximately three miles west of Otay Mesa, California, Port of Entry.

As Agent Rebortura approached the Acura, he observed a male driver later identified as defendant, Erik MONDRAGON-Lara and female front passenger. Agent Rebortura also observed three individuals in the rear seat. Agent Rebortura identified himself as a Border Patrol Agent and conducted an immigration inspection. All three rear passengers, later identified as material witnesses, Francisco ESPINOZA Garcia, Rey David URIOSTE Atanacio and Juan Carlos URIOSTE-Mendiola, stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 4:28 AM, Agent Rebortura placed ESPINOZA, URIOSTE Atanacio and URIOSTE-Mendiola under arrest. The driver MONDRAGON stated that he was a citizen of Mexico with immigration documents pending for a visa. At approximately 4:29 AM, Agent Rebortura placed MONDRAGON and the front passenger under arrest.

MONDRAGON was advised of his Miranda Rights. MONDRAGON stated he understood his rights and was willing to speak without the presence of a lawyer. MONDRAGON verified that he has a pending asylum/non-deportation case. MONDRAGON stated that his United States

CONTINUATION OF COMPLAINT:
Erik MONDRAGON-Lara

citizen wife has not filed a petition on his behalf. MONDRAGON claimed this was his third arrest by Border Patrol for smuggling illegal aliens. MONDRAGON stated that he received a telephone call from the front seat passenger today at approximately 3:00 AM, requesting his assistance to pick-up a relative who she identified as her cousin. MONDRAGON stated that the front seat passenger explained to him that her cousin illegally entered the United States and needed a ride. MONDRAGON stated he agreed to drive her and she offered to fill his vehicle's gas tank for the trip. MONDRAGON stated that the front seat passenger began to receive text messages and pin drop locations from her cousin while they traveled to an area near a lake. MONDRAGON stated that he arrived at the location and saw three individuals running from the bushes and get in his vehicle. MONDRAGON stated that the front seat passenger had asked him to transport her cousin and the other individuals to her home in Escondido, California. MONDRAGON stated that the front seat passenger informed him that upon arrival at her home they could figure out how much money the three individuals would pay him for the ride.

Material witnesses Francisco ESPINOZA Garcia, Rey David URIOSTE Atanacio and Juan Carlos URIOSTE-Mendiola stated they are citizens and nationals of Mexico without proper immigration documents allowing them to enter or remain in the United States legally. The material witnesses stated that they did not make smuggling arrangements to pay prior to entering the United States. ESPINOZA, URIOSTE Atanacio and URIOSTE-Mendiola each stated that they climbed over the border fence to cross into the United States. URIOSTE-Mendiola stated that once they arrived at a hiding spot near the pick-up location, he placed a phone call to MONDRAGON. Each individual stated they got into the back seat of the vehicle once it arrived. All three material witnesses were shown a photographic line-up. URIOSTE-Mendiola was able to identify the defendant MONDRAGON as the driver of the vehicle.

**Executed on September 24, 2022 at 10:00 AM.**

Shawna M. Wilson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 23, 2022, in violation of 8 USC 1324(a)(1)(A)(ii).

HON. ANDREW G. SCHOPLER
United States Magistrate Judge

**11:08 AM, Sep 24, 2022**
Date/Time