RANDY S. GROSSMAN
United States Attorney
ELIZABET F. BROWN
Assistant United States Attorney
Virginia Bar No. 95709
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: 619-546-8921
Email: Elizabet.Brown2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR2384-RSH |
|---|---|
| Plaintiff, | 22MJ3508 |
| v. | **RAP SHEET** |
| ERIK MONDRAGON-LARA, | |
| Defendant. | |

  Plaintiff United States of America submits this RAP sheet for the Court's consideration at sentencing.

DATED: November 1, 2022      Respectfully submitted,

                RANDY S. GROSSMAN
                United States Attorney

                */s/ Elizabet F. Brown*
                ELIZABET F. BROWN
                Assistant United States Attorney

<u>DEFENDANT: ERIK MONDRAGON-LARA</u>

Case No.: 22MJ3508 ; 22CR2384-RSH

## RAP SHEET

| CONVICTION DATE | COURT | CONVICTION CHARGE(S) | TERM OF CUSTODY | CH POINTS |
|---|---|---|---|---|
| 9/23/2020 | Vista Superior Court | Cal. Pen. § 530.5(A) Get Credit/Etc: use Other's ID; Vehicle Code 10851(A) Driving or Taking a Vehicle Without Consent (M) | 120 Days Jail, 3 Years' Probation. 1/4/22: Probation reduced to 2 years, terminated 1/5/22. | 2 |
|  |  |  |  |  |
|  | **ADDITIONAL POINTS** | ON PAROLE/PROBATION | No |
|  |  | TOTAL POINTS | 2 |
|  |  | CRIMINAL HISTORY CATEGORY | II |
|  |  | DEPORTATIONS |  |
|  |  | DATE OF MOST RECENT DEPORTATION (PHYSICAL REMOVAL) |  |
|  |  | DATE OF ORDER OF FIRST DEPORTATION |  |

It appears that this defendant was previously arrested three times for alien smuggling events that were handled administratively.